UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Michelle DeVoss Lane, Personal Representative of the Estate of Justin DeVoss (Deceased),<br><br>        Plaintiff,<br><br>Vs.<br><br>Black & Decker (U.S.), Inc., Dewalt Industrial Tool Company, Carolina Supply Inc., a/k/a Carolina Supplyhouse, Inc.,<br><br>        Defendants. | Case No. 4:09-cv-1574 TLW-TER<br><br><br><br>ORDER |

IT APPEARING that the parties, as the result of a stipulation as to facts regarding the identity of the subject screwdriver, have agreed to voluntarily dismissing Carolina Supply, Inc., a/k/a Carolina Supplyhouse, Inc., from this case, amending the name of Black & Decker (U.S.), Inc., Dewalt Industrial Tool Company to Black & Decker (U.S.) Inc., and denying Plaintiff's motion to remand this case and allowing the case to proceed in this court as removed against Black & Decker (U.S.) Inc.,

IT IS HEREBY ORDERED that Carolina Supply, Inc., a/k/a Carolina Supplyhouse, Inc., is hereby dismissed as a defendant in the above captioned action, that the pleadings are amended to reflect that the correct name of Defendant Black & Decker (U.S.), Inc., Dewalt Industrial Tool Company is Black & Decker (U.S.) Inc., that Plaintiff's motion to remand is denied and the case shall proceed in this court as removed against Black & Decker (U.S.) Inc.

AND IT IS SO ORDERED.

                                                s/ Terry L. Wooten_____
                                                Terry L. Wooten
May 18, 2010                             U.S. District Judge